UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.P. et al.,

Plaintiffs,

v.

LONG BEACH UNIFIED SCHOOL DISTRICT et al.,

Defendants.

Case No. 2:26-cv-05701-SB-DSR

ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

The complaint was filed on May 27, 2026. More than 90 days have passed, and Plaintiffs have not filed proof of service as to either the original or the amended complaint. Plaintiffs are ordered to show cause, in writing, no later than September 17, 2026, why this action should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 4(m) (setting 90-day time limit for service). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; L.R. 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants were served within the 90-day period or a showing of good cause supporting a request to extend the service period. The filing of a proof of service shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiffs' claims.

Date: August 31, 2026

Stanley Blumenfeld, Jr.
United States District Judge