UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.P., A MINOR et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT et al.,<br><br>Defendants. | Case No. 2:26-cv-05701-SB-DSR<br><br>ORDER TO SHOW CAUSE RE DISMISSAL OF ONE DEFENDANT FOR LACK OF PROSECUTION |

Plaintiffs filed their complaint against Defendants Long Beach Unified School District and Sandra Webb on May 27, 2026, and their first amended complaint on July 20, 2026. Plaintiffs served Defendant Webb on September 8, *see* Dkt. No. 21, but Webb has failed to timely respond. The Court ordered Plaintiffs to seek default against Webb by October 23 if they wished to proceed with their claims against Webb, but Plaintiffs have not done so. Plaintiffs are therefore ordered to show cause (OSC), in writing, no later than November 2, 2026, why their claims against Defendant Webb should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this OSC the filing, on or before November 2, 2026 of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendant Webb.

Date: October 26, 2026

Stanley Blumenfeld, Jr.
United States District Judge